# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McAllen Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Welman Alexis GUTIERREZ-Cruz**<br><br>YOB: 1997<br>COC: El Salvador<br><sub>Name and Address of Defendant</sub> | CRIMINAL COMPLAINT<br><br>Case Number: 7:16-po- 287 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 10, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowingly, willfully and in violation of law eluded examination or inspection by immigration officers,

in violation of Title __8__ United States Code, Section(s) __1325(a) ( 2 )__

I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant was apprehended at the Anzalduas Port of Entry attempting to enter the United States illegally by eluding inspection. He was discovered on the bridge, during closed hours, and prior to making it to the inspection area. Upon being apprehended, the defendant admitted to being a citizen of El Salvador and not in possession of any documentation that would allow him to enter, live, or work in the United States. He further admitted to his intentions of entering the United States illegally by avoiding inspection, as he was going to climb over the perimeter fence. The defendant is a citizen of El Salvador and has no legal status in the United States.

*I declare under penalty of perjury that the statements in this complaint are true and correct.*

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/s/  Juan R. Ciénega   CBP Enforcement Officer

Sworn to before me and subscribed in my presence,   Signature of Complainant

**May 11, 2016** at **McAllen, Texas**
Date                                                         City and State

**Dorina Ramos**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                    Signature of Judicial Officer